IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIKA J. HANSFORD, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:22-cv-3097 |
| BANK OF AMERICA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Bank of America, N.A., through undersigned counsel, files this Notice of Removal of this civil action to the United States District Court for the District of Maryland. In support of this Notice, Defendant states as follows:

**I. Background**

1. On or about November 4, 2022, Plaintiff Erika Hansford filed a complaint in the Circuit Court for Baltimore County, Maryland, titled *Erika Hansford v. Bank of America*, Case No. C-03-CV-22-004502 (the "Complaint").

2. Defendant received the Writ of Summons and Complaint on November 14, 2022.

3. In the Complaint, Plaintiff alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. ("Title VII"), and the Americans with Disabilities Act of 2008, 42 U.S.C. §§ 12101 *et seq*. ("the ADA").

**II. This Notice of Removal is Timely Filed in the Proper Venue**

4. Removal of this action to this Court is timely. Defendant was served with the Complaint on November 14, 2022, and this Notice of Removal is filed within 30 days after receipt by the Defendant of the Complaint. *See* 28 U.S.C. § 1446(b).

5.     The United States District Court for the District of Maryland is the proper place to file this Notice of Removal because it is the federal district court that embraces the place where this action is pending.  *See* 28 U.S.C. § 1441(a).

**III.     This Court Has Federal Question Jurisdiction**

6.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.     Plaintiff's Complaint arises under the laws of the United States because it pleads claims under Title VII and the ADA.

**IV.     This Court Has Diversity Jurisdiction**

8.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), which provides that the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different states[.]"

9.     Complete diversity exists between the parties, in that Plaintiff and Defendant are citizens of different states.

10.    Plaintiff is a citizen of Maryland.  *See* Complaint at ¶ 1.

11.    Defendant Bank of America, N.A. is a national banking association organized under the laws of the United States, which has its main office in the State of North Carolina, and, therefore, is a citizen of North Carolina.  *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 307, 126 S. Ct. 941, 945 (2006) (Supreme Court holding "that a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located").

12. The amount in controversy requirement is satisfied because Plaintiff seeks damages of $16,000,000. *See* Complaint at the unnumbered "Wherefore" paragraph following ¶ 33.

**V.    Additional Procedural Matters**

13. Pursuant to 28 U.S.C. § 1446(a), Defendant files herewith copies of all process, pleadings, and orders that have been served upon it to date in the state court action. *See* Exhibit 1.

14. Pursuant to Local Rule 103.5, Defendant files herewith true and legible copies of all documents on file in the Circuit Court for Baltimore County, Maryland as of the date of this filing. *See* Exhibits 2, 3, 4. The undersigned certifies that Exhibits 2, 3, and 4 contain all documents on file in the state court action as of the date of this filing.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of this removal to Plaintiff and will file a copy of this notice with the clerk of the Circuit Court for Baltimore County, Maryland.

WHEREFORE, Defendant respectfully notices the removal of this action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

*/s/ Rebecca W. Lineberry*
Elena D. Marcuss (Bar No. 25547)
Rebecca W. Lineberry (Bar. No. 21630)
McGuireWoods LLP
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
410-659-4400 (phone)
410-659-4599 (fax)
emarcuss@mcguirewoods.com
rlineberry@mcguirewoods.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, a copy of the foregoing Notice of Removal was filed with the Court's CM/ECF system, and a true and correct copy was emailed and mailed via first-class mail, postage pre-paid to the following pro se Plaintiff:

> Erika J. Hansford
> 9607 Devedente Drive
> Unit 105
> Owings Mills, MD 21117
> erikahansford.info@gmail.com

>> /s/ Rebecca W. Lineberry
>> Rebecca W. Lineberry